UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>               Plaintiffs,<br><br>v.<br><br>ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; BRR MEDICAL SUPPLY, INC.; GULF COAST MEDICAL SERVICES, LLC; CCT MEDICAL SUPPLIES, INC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O.,<br><br>               Defendants. | C.A. No. _____ |

## INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Description |
|---|---|
| Exhibit 1 | ISpine Chart of Patients and Treatment at Issue |
| Exhibit 2 | Fountain View Chart of Patients and Treatment at Issue |
| Exhibit 3 | Northwest Neurology Chart of Patients and Treatment at Issue |
| Exhibit 4 | Performance Orthopedics Chart of Patients and Treatment at Issue |
| Exhibit 5 | BRR Medical Chart of Patients and Treatment at Issue |

| **Exhibit** | **Description** |
|---|---|
| Exhibit 6 | Gulf Coast Chart of Patients and Treatment at Issue |
| Exhibit 7 | CCT Medical Chart of Patients and Treatment at Issue |
| Exhibit 8 | Velocity Fund VI Contract Showing That ISpine Sells Its Accounts Receivable for 21% of the Face Value Amount |
| Exhibit 9 | Velocity Fund V Contract Showing That ISpine Sells Its Accounts Receivable for 21% of the Face Value Amount |
| Exhibit 10 | August 20, 2019 Correspondence from BRR Medical Supply, Inc. "Renouncing" Bill Submitted to Allstate |
| Exhibit 11 | Mail and Wire Fraud Chart |
| Exhibit 12 | ISpine Damages Chart |
| Exhibit 13 | Fountain View Damages Chart |
| Exhibit 14 | Northwest Neurology Damages Chart |
| Exhibit 15 | Performance Orthopedics Damages Chart |
| Exhibit 16 | BRR Medical Damages Chart |
| Exhibit 17 | Gulf Coast Damages Chart |
| Exhibit 18 | CCT Medical Damages Chart |

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

*/s/ Jacquelyn A. McEttrick*

_____
Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
Andrew H. DeNinno
adeninno@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs*
*Allstate Insurance Company,*
*Allstate Fire and Casualty Insurance*
*Company, Allstate Property and*
*Casualty Insurance Company,*
*Esurance Insurance Company, and*
*Esurance Property and Casualty*
*Insurance Company*

Dated: July 28, 2020