# EXHIBIT 1

Case 2:20-cv-12008-TGB-EAS   ECF No. 1-2, PageID.151   Filed 07/28/20   Page 2 of 4

Allstate Insurance Company, et al. v. ISpine, PLLC, et al.
Exhibit 1

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Total Billed |
|---|---|---|---|---|---|---|
| ISpine, PLLC | 0541760823 | J.A. | 11/14/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0529322034 | R.A. | 5/21/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | TXA-0182372 | S.C. | 5/14/2019 | 99212 | Office or other outpatient visit for the evaluation and management of an established patient | $350.00 |
| ISpine, PLLC | TXA-0182372 | S.C. | 5/29/2019 | 99212 | Office or other outpatient visit for the evaluation and management of an established patient | $350.00 |
| ISpine, PLLC | 0451527873 | F.E. | 1/9/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $600.00 |
| ISpine, PLLC | 0451527873 | F.E. | 2/7/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | 0451527873 | F.E. | 2/7/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |
| ISpine, PLLC | 0451527873 | F.E. | 2/7/2019 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | 0451527873 | F.E. | 2/7/2019 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | 0528804446 | R.E. | 4/10/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $6,000.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $9,000.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | 0528804446 | R.E. | 6/13/2019 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | 0506928720 | V.G. | 1/23/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0550821920 | K.H. | 10/29/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0522220748 | M.J. | 3/5/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0522220748 | M.J. | 5/7/2019 | 99213 | Office or other outpatient visit for the evaluation and management of an established patient | $400.00 |
| ISpine, PLLC | 0558929295 | R.J. | 10/29/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0384029054 | F.J. | 1/22/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0544512627 | S.K. | 9/6/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0448044602 | H.M. | 1/23/2019 | 99213 | Office or other outpatient visit for the evaluation and management of an established patient | $400.00 |
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 22858 | Total disc arthroplasty (artificial disc), anterior approach | $13,000.00 |
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 63076 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy; cervical | $1,000.00 |
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Total Billed |
|---|---|---|---|---|---|---|
| ISpine, PLLC | 0448044602 | H.M. | 2/13/2019 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | 0448044602 | H.M. | 5/14/2019 | 99212 | Office or other outpatient visit for the evaluation and management of an established patient | $350.00 |
| ISpine, PLLC | 0448044602 | H.M. | 5/29/2019 | 99212 | Office or other outpatient visit for the evaluation and management of an established patient | $350.00 |
| ISpine, PLLC | 0532651064 | S.N. | 7/18/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0481916377 | J.O. | 4/30/2019 | 99211 | Office or other outpatient visit for the evaluation and management of an established patient | $300.00 |
| ISpine, PLLC | TXA-0220019 | T.P. | 3/12/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $600.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 22858 | Total disc arthroplasty (artificial disc), anterior approach | $13,000.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 63076 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy; cervical | $1,000.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | TXA-0243918 | P.P. | 2/12/2020 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | 0479615683 | S.R. | 6/26/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $600.00 |
| ISpine, PLLC | 0479615683 | S.R. | 7/18/2019 | 99213 | Office or other outpatient visit for the evaluation and management of an established patient | $400.00 |
| ISpine, PLLC | 0503409328 | F.R. | 9/19/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/20/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $600.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 22858 | Total disc arthroplasty (artificial disc), anterior approach | $13,000.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $4,500.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 63076 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy; cervical | $1,000.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | 0516887627 | B.S. | 2/28/2019 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | TXA-0211441 | D.T. | 9/12/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0495856197 | G.W. | 4/3/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0495856197 | G.W. | 4/17/2019 | 99213 | Office or other outpatient visit for the evaluation and management of an established patient | $400.00 |
| ISpine, PLLC | 0519159800 | J.W. | 8/1/2019 | 99204 | Office or other outpatient visit for the evaluation and management of a new patient | $550.00 |
| ISpine, PLLC | 0519159800 | J.W. | 8/14/2019 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $30,000.00 |
| ISpine, PLLC | 0519159800 | J.W. | 8/14/2019 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |

Allstate Insurance Company, et al. v. ISpine, PLLC, et al.
**Exhibit 1**

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Total Billed |
|---|---|---|---|---|---|---|
| ISpine, PLLC | 0519159800 | J.W. | 8/14/2019 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | 0519159800 | J.W. | 8/14/2019 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 22856 | Total disc arthroplasty (artificial disc), anterior approach | $3,000.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 22858 | Total disc arthroplasty (artificial disc), anterior approach | $13,000.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 63075 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy | $45,000.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 63076 | Discectomy, anterior, with decompression of spinal cord and/or nerve root(s), including osteophytectomy; cervical | $1,000.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 69990 | Microsurgical techniques, requiring use of operating microscope | $7,920.00 |
| ISpine, PLLC | 0557411600 | T.Y. | 1/22/2020 | 77003 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural or subarachnoid) | $2,000.00 |