# EXHIBIT 10

Case 2:20-cv-12008-TGB-EAS ECF No. 1-11, PageID.258 Filed 07/28/20 Page 2 of 2
Allstate Insurance Company, et al. v. ISpine, PLLC, et al.
Exhibit 10

brrmedicalsupply@hushmail.com

To: adeninno@smithbrink.com
Subject: B. S███
Sent: Tue, 20 Aug 2019 11:31:32 -0400
Attachments: B███ S███ Claim.pdf

Mr. DeNinno,

Attached is the claim paperwork for B███ S███. This is the same exact paperwork that was given to Gulf Coast for them to submit for billing. We are submitting a letter to Allstate renouncing our claim. BRR made a mistake by submitting this claim when it was already given to Gulf Coast to have billed. Please confirm that you have received this information and feel free to contact me with any further questions.

Keith Roskelly
BRR Medical Supply
Office 248-878-1130
Cell 248-918-8920



BRR Medical Supply
Durable Medical Equipment