# EXHIBIT 11

Case 2:20-cv-12008-TGB-EAS   ECF No. 1-12, PageID.260   Filed 07/28/20   Page 2 of 3

Allstate Insurance Company, et al. v. ISpine, PLLC, et al.
Exhibit 11

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0359306560 | J.S. | 4/1/2015 | BRR Medical Supply, Inc. | Stephen Mendelson | Interstate Wire | Allstate | HICF |
| 0332959220 | K.D. | 12/3/2016 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Allstate | HICF |
| 0332959220 | K.D. | 12/5/2016 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Allstate | HICF |
| TXA-0206835 | E.G. | 12/12/2016 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Esurance | HICF |
| TXA-0206835 | E.G. | 12/12/2016 | BRR Medical Supply, Inc. | Jeffrey Carroll | Interstate Wire | Esurance | Medical Record |
| 0332959220 | K.D. | 12/29/2016 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Allstate | HICF |
| 0444304224 | P.T. | 7/19/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | U.S. Mail | Allstate | HICF |
| 0457068773 | M.C. | 8/9/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | U.S. Mail | Allstate | HICF |
| 0429939753 | L.L. | 8/10/2017 | BRR Medical Supply, Inc. | Stephen Mendelson | Interstate Wire | Allstate | HICF |
| 0457068773 | M.C. | 8/16/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | U.S. Mail | Allstate | HICF |
| 0444304224 | P.T. | 8/18/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | Interstate Wire | Allstate | Medical Record |
| 0444304224 | P.T. | 9/15/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | Interstate Wire | Allstate | Medical Record |
| 0444304224 | P.T. | 9/26/2017 | Surgical Center of Southfield, LLC | Ayman Tarabishy | Interstate Wire | Allstate | Medical Record |
| 0414411982 | D.D. | 12/7/2017 | Surgical Center of Southfield, LLC | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0414411982 | D.D. | 12/7/2017 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0448838532 | N.A. | 1/2/2018 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0445906167 | T.A. | 2/15/2018 | Surgical Center of Southfield, LLC | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0431030659 | S.M. | 3/22/2018 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0448838532 | N.A. | 3/28/2018 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448838532 | N.A. | 4/9/2018 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0448838532 | N.A. | 4/9/2018 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448838532 | N.A. | 4/25/2018 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0431030659 | S.M. | 4/25/2018 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0452711658 | J.R. | 5/17/2018 | Surgical Center of Southfield, LLC | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0431030659 | S.M. | 5/30/2018 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0445906167 | T.A. | 5/31/2018 | Surgical Center of Southfield, LLC | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0460991185 | J.K. | 6/5/2018 | Surgical Center of Southfield, LLC | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0452711658 | J.R. | 6/15/2018 | Surgical Center of Southfield, LLC | Hussein Huraibi | Interstate Wire | Allstate | Medical Record |
| 0500213178 | P.H. | 6/23/2018 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0500213178 | P.H. | 8/23/2018 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0511683922 | D.B. | 8/24/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0511683922 | D.B. | 8/24/2018 | BRR Medical Supply, Inc. | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0511683922 | D.B. | 9/26/2018 | Surgical Center of Southfield, LLC | Surgical Center of Southfield, LLC | U.S. Mail | Allstate | HICF |
| 0475979290 | Z.T. | 9/27/2018 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0475979290 | Z.T. | 9/29/2018 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0500213178 | P.H. | 10/3/2018 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0479909185 | J.M. | 10/4/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0479909185 | J.M. | 10/4/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0475979290 | Z.T. | 10/11/2018 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0479909185 | J.M. | 10/26/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0479909185 | J.M. | 10/26/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0501351704 | M.F. | 10/27/2018 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Allstate | HICF |
| 0521935486 | J.K. | 11/25/2018 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| TXA-0188010 | K.E. | 11/27/2018 | BRR Medical Supply, Inc. | Keith Roskelly | Interstate Wire | Esurance | HICF |
| TXA-0188010 | K.E. | 11/30/2018 | BRR Medical Supply, Inc. | Stefan Pribil, M.D. | Interstate Wire | Esurance | Medical Record |
| 0521935486 | J.K. | 11/30/2018 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| TXA-0188010 | K.E. | 12/11/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | Interstate Wire | Esurance | HICF |
| TXA-0188010 | K.E. | 12/11/2018 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | Interstate Wire | Esurance | Medical Record |
| 0519969496 | K.M. | 12/24/2018 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0519969496 | K.M. | 12/30/2018 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0516887627 | B.S. | 1/11/2019 | BRR Medical Supply, Inc. | BRR Medical Supply, Inc. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 1/23/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| TXA-0215633 | J.B. | 2/4/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | Interstate Wire | Esurance | HICF |
| TXA-0215633 | J.B. | 2/4/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | Interstate Wire | Esurance | Medical Record |
| 045152783 | F.E. | 2/5/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0479909185 | J.M. | 2/11/2019 | BRR Medical Supply, Inc. | Keith Roskelly | U.S. Mail | Allstate | HICF |
| 049752290 | B.K. | 2/11/2019 | BRR Medical Supply, Inc. | Keith Roskelly | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 2/13/2019 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 2/13/2019 | BRR Medical Supply, Inc. | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 2/13/2019 | CCT Medical Supplies, Inc. | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 2/19/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0516887627 | B.S. | 2/20/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0503689028 | M.G. | 2/21/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 2/26/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0516887627 | B.S. | 2/26/2019 | CCT Medical Supplies, Inc. | Stefan Pribil, M.D. | Interstate Wire | Allstate | HICF |
| 0516887627 | B.S. | 2/28/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0500213178 | P.H. | 3/5/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0451527873 | F.E. | 3/5/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0480298461 | D.N. | 3/5/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 3/6/2019 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0451527873 | F.E. | 3/6/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0480298461 | D.N. | 3/6/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0503689028 | M.G. | 3/12/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0479909185 | J.M. | 3/27/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 3/27/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0516887627 | B.S. | 3/27/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 4/1/2019 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0516887627 | B.S. | 4/1/2019 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | Interstate Wire | Allstate | HICF |
| 0528804446 | R.E. | 4/10/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |

**Allstate Insurance Company, et al. v. ISpine, PLLC, et al.**
**Exhibit 11**

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0528804446 | R.E. | 4/16/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0503689028 | M.G. | 4/23/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0481916377 | J.O. | 4/30/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 4/30/2019 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0481916377 | J.O. | 5/9/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0500213178 | P.H. | 5/14/2019 | Gulf Coast Medical Services, LLC | Gulf Coast Medical Services, LLC | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 5/14/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 5/16/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0503689028 | M.G. | 5/28/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0503689028 | M.G. | 5/28/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0448044602 | H.M. | 5/29/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0448044602 | H.M. | 6/3/2019 | CCT Medical Supplies, Inc. | CCT Medical Supplies, Inc. | U.S. Mail | Allstate | HICF |
| 0448044602 | H.M. | 6/6/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0528804446 | R.E. | 6/13/2019 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0528804446 | R.E. | 6/13/2019 | Surgical Center of Southfield, LLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0507789220 | G.G. | 6/13/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0528804446 | R.E. | 6/20/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0532651064 | N.S. | 6/21/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0507789220 | G.G. | 6/22/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0528804446 | R.E. | 6/24/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0479615683 | S.R. | 6/26/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0479615683 | S.R. | 6/27/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0490104270 | A.H. | 6/30/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0490104270 | A.H. | 7/4/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0490104270 | A.H. | 7/8/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0528804446 | R.E. | 7/17/2019 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |
| 0532651064 | N.S. | 7/17/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0532651064 | N.S. | 7/18/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0532651064 | N.S. | 7/22/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0490104270 | A.H. | 7/23/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0429088362 | M.C. | 7/31/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0519159800 | J.W. | 8/1/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0519159800 | J.W. | 8/6/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0519159800 | J.W. | 8/22/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0500213178 | P.H. | 8/25/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0500213178 | P.H. | 8/25/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0507789220 | G.G. | 8/25/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0507789220 | G.G. | 8/25/2019 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0544512627 | S.K. | 9/6/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0544512627 | S.K. | 9/17/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0490104270 | A.H. | 10/14/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 10/17/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0500213178 | P.H. | 10/17/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0490104270 | A.H. | 10/28/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0550821920 | K.H. | 10/29/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0550821920 | K.H. | 10/31/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 10/31/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0541760823 | J.A. | 11/4/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0557539855 | A.W. | 11/4/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0557539855 | A.W. | 11/6/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0500213178 | P.H. | 11/8/2019 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0557539855 | A.W. | 11/11/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 11/11/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0550821920 | K.H. | 11/13/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0541760823 | J.A. | 11/18/2019 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 11/28/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0541760823 | J.A. | 12/3/2019 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0557539855 | A.W. | 1/1/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 1/6/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0567452297 | R.C. | 1/8/2020 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0557411600 | T.Y. | 1/15/2020 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0557539855 | A.W. | 1/16/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0567452297 | R.C. | 1/17/2020 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0541760823 | J.A. | 1/20/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0550821920 | K.H. | 1/20/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0536798704 | M.C. | 1/21/2020 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0557411600 | T.Y. | 1/22/2020 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0429088362 | M.C. | 1/26/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0557411600 | T.Y. | 1/28/2020 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | Medical Record |
| 0557411600 | T.Y. | 2/7/2020 | ISpine, PLLC | Stefan Pribil, M.D. | U.S. Mail | Allstate | HICF |
| 0557411600 | T.Y. | 2/10/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0557539855 | A.W. | 2/14/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | Medical Record |
| 0536798704 | M.C. | 2/19/2020 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | HICF |
| 0536798704 | M.C. | 2/19/2020 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0536798704 | M.C. | 2/20/2020 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | HICF |
| 0536798704 | M.C. | 2/27/2020 | Surgical Center of Southfield, LLC | Robert Swift, D.O. | U.S. Mail | Allstate | Medical Record |
| 0536798704 | M.C. | 3/1/2020 | Performance Orthopedics of Michigan PLLC | Robert Swift, D.O. | Interstate Wire | Allstate | Medical Record |
| 0557411600 | T.Y. | 3/6/2020 | Northwest Neurology, P.C. | Tessy Jenkins, M.D. | U.S. Mail | Allstate | HICF |
| 0536798704 | M.C. | 3/20/2020 | Gulf Coast Medical Services, LLC | Christopher Parks | U.S. Mail | Allstate | HICF |