# EXHIBIT 12

Allstate Insurance Company, et al. v. ISpine, PLLC, et al.
Exhibit 12 - ISpine, PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property and Casualty Insurance Company | TXA-0220019 | $320.00 | 4/25/2019 | 1000588984 |
| Allstate Property and Casualty Insurance Company | 0528804446 | $332.26 | 7/15/2019 | 6021879192 |
| Allstate Fire and Casualty Insurance Company | 0448044602 | $5,000.00 | 2/11/2020 | 1288660511 |
| Allstate Fire and Casualty Insurance Company | 0448044602 | $65,000.00 | 2/11/2020 | 1288660512 |
| Allstate Fire and Casualty Insurance Company | 0557411600 | $5,597.00 | 4/30/2020 | 6023423501 |
| Allstate Fire and Casualty Insurance Company | 0558929295 | $261.00 | 6/25/2020 | 6023624471 |
| | **TOTAL DAMAGES** | **$76,510.26** | | |