# EXHIBIT 14

**Allstate Insurance Company, et al. v. ISpine, PLLC, et al.**
**Exhibit 14 - Northwest Neurology, P.C. Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property and Casualty Insurance Company | 0445749187 | $115.25 | 3/13/2018 | 6019002151 |
| Allstate Fire and Casualty Insurance Company | 0439712786 | $179.03 | 4/2/2018 | 6019120342 |
| Allstate Fire and Casualty Insurance Company | 0471771790 | $222.73 | 5/15/2018 | 6019383921 |
| Allstate Property and Casualty Insurance Company | 0475520557 | $115.25 | 5/17/2018 | 6019402671 |
| Allstate Property and Casualty Insurance Company | 0475520557 | $222.73 | 5/17/2018 | 6019402681 |
| Allstate Property and Casualty Insurance Company | 0475520557 | $78.64 | 5/17/2018 | 6019402691 |
| Allstate Fire and Casualty Insurance Company | 0439712786 | $271.30 | 6/6/2018 | 6019511022 |
| Allstate Insurance Company | 0366554079 | $115.25 | 8/1/2018 | 6019834341 |
| Allstate Insurance Company | 0366554079 | $78.64 | 8/2/2018 | 6019841641 |
| Esurance Property and Casualty Insurance Company | TXA-0205887 | $222.73 | 9/10/2018 | 1000529615 |
| Esurance Property and Casualty Insurance Company | TXA-0205887 | $439.49 | 9/10/2018 | 1000529617 |
| Allstate Property and Casualty Insurance Company | 0475520557 | $115.25 | 10/4/2018 | 6020210791 |
| Esurance Property and Casualty Insurance Company | TXA-0205887 | $271.30 | 10/10/2018 | 1000537259 |
| Allstate Fire and Casualty Insurance Company | 0444496912 | $412.57 | 10/15/2018 | 6020271231 |
| Esurance Property and Casualty Insurance Company | TXA-0205887 | $154.22 | 2/5/2019 | 1000566763 |
| Esurance Property and Casualty Insurance Company | TXA-0215622 | $222.73 | 2/7/2019 | 1000567453 |
| Allstate Fire and Casualty Insurance Company | 0511570665 | $222.73 | 2/13/2019 | 6020989741 |
| Allstate Property and Casualty Insurance Company | 0514681766 | $222.73 | 5/3/2019 | 6021476451 |
| Allstate Fire and Casualty Insurance Company | 0512474131 | $179.82 | 5/7/2019 | 6021491871 |
| Allstate Fire and Casualty Insurance Company | 0512474131 | $116.37 | 5/8/2019 | 6021504601 |
| Allstate Property and Casualty Insurance Company | 0443178306 | $316.57 | 5/17/2019 | 6021549061 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $116.37 | 7/11/2019 | 1000611227 |
| Allstate Fire and Casualty Insurance Company | 0508800919 | $78.89 | 7/17/2019 | 6021892821 |
| Allstate Fire and Casualty Insurance Company | 0526853627 | $487.71 | 7/18/2019 | 6021894861 |
| Allstate Property and Casualty Insurance Company | 0443178306 | $78.89 | 7/18/2019 | 6021894631 |
| Allstate Fire and Casualty Insurance Company | 0521488916 | $78.89 | 7/19/2019 | 6021902541 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $870.56 | 7/23/2019 | 1000614872 |
| Esurance Property and Casualty Insurance Company | TXA-0208354 | $116.37 | 7/24/2019 | 1000615195 |
| Esurance Property and Casualty Insurance Company | TXA-0208354 | $261.09 | 7/24/2019 | 1000615196 |
| Esurance Property and Casualty Insurance Company | TXA-0208354 | $226.62 | 7/26/2019 | 1000615842 |
| Allstate Property and Casualty Insurance Company | 0478626344 | $226.62 | 7/29/2019 | 6021948381 |
| Allstate Property and Casualty Insurance Company | 0490104270 | $116.37 | 7/29/2019 | 6021948481 |
| Allstate Fire and Casualty Insurance Company | 0526853627 | $213.25 | 7/30/2019 | 6021954551 |
| Allstate Fire and Casualty Insurance Company | 0543794969 | $179.82 | 8/1/2019 | 6021969991 |
| Allstate Property and Casualty Insurance Company | 0442855573 | $116.37 | 8/2/2019 | 6021977511 |
| Allstate Property and Casualty Insurance Company | 0442855573 | $258.85 | 8/7/2019 | 6022001551 |
| Allstate Fire and Casualty Insurance Company | 0508800919 | $754.19 | 8/9/2019 | 6022014871 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $1,508.38 | 8/12/2019 | 1000620336 |
| Esurance Property and Casualty Insurance Company | TXA-0148890 | $116.37 | 8/14/2019 | 1000620783 |

**Allstate Insurance Company, et al. v. ISpine, PLLC, et al.**
**Exhibit 14 - Northwest Neurology, P.C. Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property and Casualty Insurance Company | 0478626344 | $94.77 | 8/15/2019 | 6022047561 |
| Allstate Property and Casualty Insurance Company | 0478626344 | $78.89 | 8/15/2019 | 6022047581 |
| Allstate Property and Casualty Insurance Company | 0490104270 | $116.37 | 9/3/2019 | 6022145292 |
| Allstate Fire and Casualty Insurance Company | 0526853627 | $78.89 | 9/11/2019 | 6022190431 |
| Allstate Fire and Casualty Insurance Company | 0552936775 | $44.74 | 9/11/2019 | 6022191251 |
| Allstate Property and Casualty Insurance Company | 0442855573 | $78.89 | 9/13/2019 | 6022205561 |
| Allstate Property and Casualty Insurance Company | 0478626344 | $78.89 | 9/25/2019 | 6022268331 |
| Allstate Property and Casualty Insurance Company | 0429088362 | $94.77 | 9/27/2019 | 6022277461 |
| Allstate Fire and Casualty Insurance Company | 0552936775 | $319.74 | 10/11/2019 | 6022353371 |
| Allstate Fire and Casualty Insurance Company | 0544398851 | $179.82 | 10/14/2019 | 6022361421 |
| Esurance Property and Casualty Insurance Company | TXA-0233673 | $276.98 | 11/25/2019 | 1000650952 |
| Allstate Property and Casualty Insurance Company | 0490104270 | $85.00 | 11/27/2019 | 6022595681 |
| Allstate Fire and Casualty Insurance Company | 0552936775 | $117.00 | 12/3/2019 | 6022615921 |
| Allstate Property and Casualty Insurance Company | 0490104270 | $224.08 | 12/5/2019 | 6022631102 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $399.00 | 12/11/2019 | 1000655670 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $128.00 | 12/11/2019 | 1000655671 |
| Allstate Fire and Casualty Insurance Company | 0552936775 | $906.16 | 12/13/2019 | 6022679801 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $7,200.00 | 12/19/2019 | 1000658153 |
| Allstate Fire and Casualty Insurance Company | 0544398851 | $94.77 | 12/26/2019 | 6022738921 |
| Allstate Fire and Casualty Insurance Company | 0544398851 | $122.19 | 12/26/2019 | 6022738941 |
| Allstate Fire and Casualty Insurance Company | 0544398851 | $261.09 | 12/27/2019 | 6022744351 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $550.00 | 12/30/2019 | 1000661062 |
| Allstate Property and Casualty Insurance Company | 0412527301 | $226.62 | 1/6/2020 | 6022784692 |
| Allstate Fire and Casualty Insurance Company | 0521488916 | $37.36 | 1/16/2020 | 6022849781 |
| Allstate Fire and Casualty Insurance Company | 0521488916 | $471.50 | 1/16/2020 | 6022849782 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $265.00 | 1/16/2020 | 1000665593 |
| Allstate Property and Casualty Insurance Company | 0478626344 | $99.51 | 1/27/2020 | 6022903231 |
| Esurance Property and Casualty Insurance Company | TXA-0208354 | $142.48 | 2/4/2020 | 1000671306 |
| Allstate Property and Casualty Insurance Company | 0478626344 | $82.83 | 2/5/2020 | 6022951851 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $1,625.00 | 2/7/2020 | 1000672092 |
| Allstate Property and Casualty Insurance Company | 0429088362 | $99.51 | 2/17/2020 | 6023018711 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $142.48 | 2/28/2020 | 1000679405 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $107.71 | 3/4/2020 | 1000681063 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $116.37 | 3/16/2020 | 1000684319 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $175.00 | 4/10/2020 | 1000692571 |
| Esurance Property and Casualty Insurance Company | TXA-0152361 | $142.48 | 4/20/2020 | 1000694269 |
| Esurance Property and Casualty Insurance Company | TXA-0239856 | $235.00 | 4/28/2020 | 1000696365 |
| Esurance Property and Casualty Insurance Company | TXA-0234352 | $581.60 | 6/8/2020 | 1000704718 |

**TOTAL DAMAGES  $26,181.43**