UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et al.,

          Plaintiff(s),

v.                                   Case No. 2:20−cv−12008−LVP−EAS
                                    Hon. Linda V. Parker

ISpine, PLLC, et al.,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  BRR Medical Supply, Inc.

  The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                    DAVID J. WEAVER, CLERK OF COURT

                                    By: s/ N Ahmed
                                          Deputy Clerk

Dated:  September 24, 2020