UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; BRR MEDICAL SUPPLY, INC.; GULF COAST MEDICAL SERVICES, LLC; CCT MEDICAL SUPPLIES, INC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O.,<br><br>Defendants. | C.A. No. 20-cv-12008-LVP-EAS<br><br>Hon. Linda V. Parker |

**ORDER RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND <u>DEFENDANT GULF COAST MEDICAL SERVICES, LLC</u>**

On September 16, 2020, plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty

Insurance Company ("Allstate") filed a notice of voluntary dismissal that dismissed with prejudice their complaint against Defendant Gulf Coast Medical Services, LLC only (*ECF 27*). Pursuant to the settlement agreement between Allstate and defendant Gulf Coast Medical Services, LLC, these parties request that the Court retain jurisdiction to enforce the terms of their settlement agreement. Id.

**IT IS ORDERED** that pursuant to Allstate's voluntary dismissal, defendant Gulf Coast Medical Services, LLC is **DISMISSED WITH PREJUDICE.** The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

s/Linda V. Parker
LINDA V. PARKER
United States District Judge

Dated: September 24, 2020