UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; BRR MEDICAL SUPPLY, INC.; CCT MEDICAL SUPPLIES, INC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O.,<br><br>Defendants. | C.A. No. 20-cv-12008-LVP-EAS |

**STIPULATION AND ORDER OF DISMISSAL AS TO
BRR MEDICAL SUPPLY, INC. ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively,

"Allstate") and defendant, BRR Medical Supply, Inc. ("BRR Medical") only, by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed with prejudice as to BRR Medical without costs or fees of any kind to any party. It is also hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 13th DAY OF OCTOBER, 2020:

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company*<br><br>By their Attorneys,<br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>Andrew H. DeNinno<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *BRR Medical Supply, Inc.*<br><br>By Its Attorney,<br><br>*/s/ Jordan S. Vahdat*<br>_____<br>Jordan S. Vahdat, Esq.<br>VAHDAT WEISMAN, PLC<br>17197 N. Laurel Park Dr.<br>Suite 500<br>Livonia, MI 48152<br>(734) 469-4994 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; BRR MEDICAL SUPPLY, INC.; CCT MEDICAL SUPPLIES, INC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O., <br><br> Defendants. | C.A. No. 20-cv-12008-LVP-EAS |

## **ORDER OF DISMISSAL AS TO**
## **BRR MEDICAL SUPPLY, INC. ONLY**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

4

**IT IS ORDERED** that plaintiffs' causes of action against defendant BRR Medical Supply, Inc. only are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: October 13, 2020