UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O., <br><br> Defendants. | Case No. 20-cv-12008-LVP-EAS |

**STIPULATION**

It is hereby STIPULATED and AGREED by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company ("Allstate"), and defendant

1

Surgical Center of Southfield, LLC ("Fountain View"), by and through their respective undersigned counsel, as follows:

1. Fountain View served interrogatories and requests for production of documents on Allstate on November 20, 2020.

2. Allstate and Fountain View agree that the deadline for Allstate to serve Fountain View with responses to the interrogatories and requests for production of documents and to serve responsive documents shall be extended from December 21, 2020 to January 8, 2021.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 16th DAY OF DECEMBER, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,*<br><br>By their Attorneys,<br><br>/s/ Jacquelyn A. McEttrick<br>_____<br>Richard D. King, Jr.<br>rking@smithbrink.com<br>Nathan A. Tilden (P76969)<br>ntilden@smithbrink.com<br>Jacquelyn A. McEttrick<br>jmcettrick@smithbrink.com<br>Andrew DeNinno<br>adeninno@smithbrink.com<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *Surgical Center of Southfield, LLC,*<br><br><br><br><br><br>By its Attorney,<br><br>/s/ Robert L. Avers<br>_____<br>Robert L. Avers (P75396)<br>ravers@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 623-1672 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ISPINE, PLLC; SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; STEFAN PRIBIL, M.D.; WESLEY BLAKE BARBER; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O., <br><br> Defendants. | Case No. 20-cv-12008-LVP-EAS |

## **ORDER**

Upon stipulation of the parties hereto and the Court being otherwise fully advised in the premises:

**IT IS ORDERED** that the deadline for Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty

4

Insurance Company to serve responses to the interrogatories and requests for production of documents served by Surgical Center of Southfield, LLC and produce responsive documents shall be extended from December 21, 2020 to January 8, 2021.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 16, 2020