UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY, et al

          Plaintiff(s),           Case No. 20-12008

v.           Honorable Linda V. Parker

ISPINE, PLLC, et al           Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: December 17, 2020           s/Linda V. Parker
          Linda V. Parker
          U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Terrence G. Berg.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: December 17, 2020           s/N. Ahmed
          Deputy Clerk