# EXHIBIT I

 **Gmail**

Wesley Barber <blake.ispine@gmail.com>

## Billing COntract for Review

1 message

**Wesley Barber** <blake.ispine@gmail.com>        Tue, Apr 23, 2019 at 9:12 PM
To: Tessy Jenkins <drjenk@yahoo.com>

Here is the billing contract for review.

2 attachments

 **HS Billing Contract.pdf**
142K

 **HS Billing Contract.docx**
28K

BATES NUM: 000193