UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O., <br><br> Defendants. | C.A. No. 20-cv-12008-TGB-EAS |

## <u>NOTICE OF APPEARANCE</u>

Kindly enter my appearance as counsel on behalf of Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company in the above-entitled action.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

*/s/ William G. Potter*

William G. Potter
wpotter@smithbrink.com
SMITH & BRINK
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

Dated: March 8, 2021

## **CERTIFICATE OF SERVICE**

I, William G. Potter, attorney for the plaintiffs, hereby certify that I have served a copy of the foregoing Notice of Appearance on all parties of record in the above-captioned matter via CM/ECF filing.

/s/ William G. Potter

William G. Potter
wpotter@smithbrink.com
SMITH & BRINK
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

Dated: March 8, 2021