UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **ISPINE, PLLC ET AL.**, <br><br> Defendants. | 2:20-12008-TGB-EAS <br><br> HON. TERRENCE G. BERG <br><br> **ORDER REGARDING MARCH 11, 2021 HEARING ON DISCOVERY DISPUTES (ECF NO. 66)** |

On March 11, 2021, the Court conducted a telephonic hearing, at which attorneys Nathan Tilden, Jacquelyn McEttrick, Michael Cafferty, Robert Avers, Salina Hamilton, and Paschal Ukpabi appeared. In accordance with the Court's orders provided on the record during the March 11, 2021 hearing;

- Plaintiff Allstate's motion to compel discovery from and for costs and sanctions against Defendants Northwest Neurology, P.C. and Tessy Jenkins, M.D., (ECF No. 63) is held in abeyance. Defendants Northwest Neurology, P.C. and Tessy Jenkins, M.D. are ordered to produce the documents requested by Plaintiff Allstate by **April 30, 2021**. Any legal objections to the document requests must be made by **April 20, 2021**. Failure to comply with the Court's order to produce discovery will result in sanctions.

- Plaintiff Allstate's motion to strike (ECF No. 64) is **GRANTED IN PART.** Accordingly, ECF No. 63-1 shall be **STRICKEN** and **SEALED**, and shall be deemed not a part of the record in this case. It is further ordered that ECF No. 63 be **SEALED**.

- Defendant Surgical Center of Southfield is ordered to complete Plaintiff Allstate's requested document productions by **April 30, 2021**. Any legal objections to the document requests must be made by **April 20, 2021**.

- Plaintiff Allstate and Defendant Surgical Center of Southfield are ordered to conduct three meet and confers regarding the format of Plaintiff Allstate's production. Plaintiff Allstate and Defendant Surgical Center of Southfield are also ordered to meet and confer regarding Plaintiff Allstate's response to interrogatory number six. Parties are to report on these discussions at a telephonic conference with the Court on **April 2, 2021**.

- Plaintiff Allstate is ordered to reschedule the deposition of non-party Mohammad Jaura until after the **April 1, 2021** deadline for Plaintiff Allstate to provide discovery regarding Mr. Jaura to Defendant Surgical Center of Southfield. Plaintiff Allstate may schedule Mr. Jaura's deposition as early as **April 8, 2021**.

- Plaintiff Allstate is **GRANTED** leave of the Court to file a motion to show cause for third party subpoenas, which have yet to

receive a response. Plaintiff Allstate shall file one motion addressing all the subpoenas.

**SO ORDERED.**

Dated: March 12, 2021    s/Terrence G. Berg
                                          TERRENCE G. BERG
                                          UNITED STATES DISTRICT JUDGE