# EXHIBIT A

STATE OF MICHIGAN

IN THE 44TH JUDICIAL DISTRICT COURT

NORTHWEST NEUROLOGY PC,
(JOSEPH ARNOLD),

        Plaintiff,

v

ALLSTATE INSURANCE COMPANY,

        Defendant.

Case No. 20-02553 GC

HON. DEREK W. MEINECKE

---

LAW OFFICES OF TODD J. STEARN, P.C.
Todd J. Stearn (P51496)
Attorney for Plaintiff
29829 Greenfield Road, Ste. 101
Southfield MI 48075
(248) 744-5000 / (248) 744-5002 Fax
todd@tjslawfirm.com

---

There is no other civil action between these parties arising out of the same transaction or occurrence alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

Todd J. Stearn (P51496)

## COMPLAINT

NOW COMES Plaintiff,., d/b/a NORTHWEST NEUROLOGY PC CENTER, by and through its attorney, LAW OFFICES OF TODD J. STEARN, P.C., and for its Complaint against the above-named Defendant, states unto this Honorable Court as follows:

## JURISDICTION AND VENUE

1. The Plaintiff, NORTHWEST NEUROLOGY PC, is a duly incorporated corporation doing business as, NORTHWEST NEUROLOGY PC CENTER, and located in the City of Warren, County of Macomb and State of Michigan.

2. The Defendant, ALLSTATE MUTUAL AUTOMOBILE INSURANCE COMPANY doing business as ALLSTATE (ALLSTATE), is a duly licensed insurance company in the State of Michigan doing business in the County of Oakland and State of Michigan. The resident agent is: The Corporation Company, 40600 Ann Arbor Rd., E., Ste. 201, Plymouth, MI 48170.

3. The amount in controversy herein does not exceed Ten Thousand Dollars ($10,000.00), exclusive of costs, interest and attorney's fees.

4. JOSEPH ARNOLD was involved in an automobile crash in which she suffered severe injuries.

5. Plaintiff provided medical services as a result of the crash and, in the process, incurred expenses.

6. At the time of the crash, JOSEPH ARNOLD was covered by an insurance policy issued by Defendant, ALLSTATE, which was in effect under (and in accordance with) the provisions of the Michigan No-Fault Act, and for which the applicable premium was paid.

7. The automobile insurance policy issued by Defendant, ALLSTATE, provided JOSEPH ARNOLD with a right to Personal Injury Protection coverage for No-Fault benefits including, but not limited to, wage loss, medical treatment, replacement services, attendant care, and medical mileage and other reasonable and necessary expenses.

8. Under provisions of Defendant ALLSTATE's automobile insurance policy, JOSEPH ARNOLD made a claim for medical benefits and other benefits available under its policy of insurance, including the amount incurred by Plaintiff.

9. Defendant has refused to pay the requested benefits.

10. Under MCL 500.3112, a medical provider is authorized to bring a direct action to recover unpaid medical expenses for medical treatment and, moreover, can pursue No-Fault penalty sanctions and attorney's fees.

11. Defendant's position is unreasonable and unlawful, thus entitling Plaintiff to recover:

    a. Unpaid medical expenses;
    b. Unpaid medical services;
    c. Penalty interest;
    d. Attorney's fees; and
    e. Such other expenses that become known through the course of litigation.

WHEREFORE, Plaintiff respectfully requests entry of a Judgment against Defendant, ALLSTATE INSURANCE COMPANY, for No-Fault benefits to which it is entitled plus penalty interest, attorney's fees, costs, and such other relief as this Court deems it to be entitled.

                                             Respectfully Submitted:

                                             LAW OFFICES OF TODD J. STEARN, P.C.

                                             Todd J. Stearn (P51496)
                                             Attorney for Plaintiff
                                             29829 Greenfield Rd., Ste. 101
                                             Southfield, MI 48076
Dated: July 9, 2020                (248) 744-5000/(248) 744-5002 Fax

1

2/19/2020 — Practice Fusion

MENU | ❓ Help ⌄ | Cicely Fisher | Northwest Neurology Lahs... ⌄ | ⚙ Settings | ⎋ Log out | 🔒 Lock

Patient lists    Joseph Arnold ✕

**Joseph Arnold**   PRN: AJ668925   62 yrs M   ⊕ Invite to Patient Portal   ...       Actions

Summary    Timeline    Profile   🕑 ✦

[ Cancel ] [ Save ]

## Payment information

Insurance    Add    Print active insurance

**PAYMENT PREFERENCE**
Primary Insurance ⌄

**SHOW**
Active payers ⌄

| PAYER | TYPE | INSURANCE ID | EFFECTIVE FROM | EFFECTIVE TO | COPAY |
|---|---|---|---|---|---|
| Primary Allstate | Other | 0541760823 | 04/14/2019 | | |

*PIP Adjuster: Zachary Shencopp*
*Billing Dept.*

Guarantor

PATIENT RELATIONSHIP TO GUARANTOR
Select relationship... ⌄

*Processed DOI: 02/04/2020*
*02/05/2019  Discontinued*

*Allstate*
*0541760823*

GUARANTOR NAME
First name      Middle Initial (op...    Last name

ADDRESS
Street address 1

Street address 2

City                                     State ⌄     ZIP

DATE OF BIRTH    SEX                              SSN
MM/DD/YYYY      | Male | Female | Unknown |      ###-##-####

PRIMARY PHONE NUMBER
(xxx) xxx-xxxx        Ext

SECONDARY PHONE NUMBER
(xxx) xxx-xxxx        Ext

Prescriptions

Advertisement

**Pinned note** ⊕
No pinned note for this patient

**Notes**
Attorney: Kristen (248) 554-3440

2/19/2020     Practice Fusion

MENU | ❔ Help ⌄ | Cicely Fisher   Northwest Neurology Lahs... ⌄ | ✱ Settings | ➡ Log out | 🔒 Lock

Patient lists    Joseph Arnold ✕

**Joseph Arnold**    PRN: AJ668925    62 yrs M    ⊕ Invite to Patient Portal    ...      Actions

Summary     Timeline     Profile    🕒   ✱

Cancel    Save

## Patient information    ⊕ Add more information

PREFIX    NAME *                                                                          SUFFIX

     Joseph            Middle (optional)        Arnold

SEX *                               DATE OF BIRTH *

| Male | Female | Unknown |

SOCIAL SECURITY NUMBER     RECORD NUMBER

                                  AJ668925                         Generate ✓   Active Patient

★ Pinned note
⊕
No pinned note for this patient

## Notes

Attorney: Kristen (248) 554-3440

## Contact information

MOBILE PHONE *                                         EMAIL *

USA ⌄

                                                            ✓ Patient doesn't have an email address

Patient doesn't have a mobile phone

HOME PHONE
(xxx) xxx-xxxx

WORK PHONE
(xxx) xxx-xxxx            Ext.

ADDRESS

Street address 2

Pontiac                                               | MI              ⌄ |    48341

PREFERRED METHOD OF COMMUNICATION

| Provider did not ask                 ⌄ |

NOTICE TO PATIENT MESSAGING

▼

Advertisement

static.practicefusion.com/apps/ehr/index.html#/PF/charts/patients/0c0adfa6-8c77-452a-96a9-49087600cd67/profile

```
                                              INVOICE# 834241384   PAGE:1
                                              ACCOUNT# OF GUARANTOR: 37198692

NORTHWEST NEUROLOGY CLINIC                            DATE: Feb-18-2020
27200 LAHSER RD
STE 100                                       PATIENT ACCOUNT# 37198692
SOUTHFIELD, MI 48034-2137                     PATIENT: ARNOLD, JOSEPH
                                              DATE OF SERVICE: 12-03-19
                                              PLEASE PAY $23,100.00



                                      __CHECK#_____

JOSEPH ARNOLD
                                      PAY TO: NORTHWEST NEUROLOGY CLINIC
                                              27200 LAHSER RD
                                              STE 100
                                              SOUTHFIELD, MI 48034-2137
```

---------------------------Cut Here & Return Above Portion With Payment ---------------------------

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE |
|---|---|---|---|---|

PATIENT: ARNOLD, JOSEPH   ACCT# 37198692

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 Continuous intraoperative neurophysiology monitoring in the operating     $770.00                $770.00

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 2 limbs with/without paraspinal areas     $4,400.00                $4,400.00

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 Upper Somatosensory evoked potential     $3,300.00                $3,300.00

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 2 limbs with/without paraspinal areas     $4,400.00                $4,400.00

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 Lower Somatosensory evoked potential     $5,830.00                $5,830.00

Practice : NORTHWEST NEUROLOGY CLINIC
Rendering Provider : JENKINS, TESSY
12-03-19 2 limbs with/without paraspinal areas     $4,400.00                $4,400.00

PLEASE PAY $23,100.00