UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FRALEY

        Plaintiff(s),

v.

GENERAL MOTORS, LLC,

        Defendant(s).
_____/

Case No. 16-14465

Judge  Terrence G. Berg

Magistrate Judge

**NOTICE OF CORRECTION**

Docket entry number __63__, filed __04/12/2021__, has been modified.  The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __AMANDA CHUBB__ at __(313) 234-2644__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: April 26, 2021

/S/A. CHUBB
Deputy Clerk