UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et al.,

                      Plaintiff(s),

v.                                           Case No. 2:20−cv−12008−TGB−EAS
                                              Hon. Terrence G. Berg

ISpine, PLLC, et al.,

                      Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

    **ADDITIONAL INFORMATION:**   \*\*This order pertains to all parties except for Northwest Neurology and Dr. Jenkins.

                                                  s/Terrence G. Berg
                                                  Terrence G. Berg
                                                  United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/A Chubb
                                                  Case Manager

Dated:   May 19, 2021