# EXHIBIT B

**Jacquelyn A. McEttrick**

| | |
|---|---|
| **From:** | Jacquelyn A. McEttrick |
| **Sent:** | Tuesday, May 18, 2021 4:51 PM |
| **To:** | Paschal Ukpabi; Ukpabi, Pashcal |
| **Cc:** | Nathan Tilden; 'DeNinno, Andrew'; William Potter |
| **Subject:** | RE: 20-cv-12008-TGB-EAS Allstate Insurance Company et al v. ISpine, PLLC et al |

Paschal:

Following up on Allstate's request below for a conference.  Please advise your availability.

Thanks,

Jacqui

Jacquelyn A. McEttrick, Esquire
Director
Smith & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA  02184
617-770-2214 (office)
617-842-7716 (cell)
617-774-1714 (fax)
jmcettrick@smithbrink.com

**From:** Jacquelyn A. McEttrick
**Sent:** Monday, May 17, 2021 1:59 PM
**To:** Paschal Ukpabi <paschal.lawyer@gmail.com>; Ukpabi, Pashcal <lawarenapllc07@gmail.com>
**Cc:** Nathan Tilden <NTilden@smithbrink.com>; 'DeNinno, Andrew' <adeninno@smithbrink.com>; William Potter <wpotter@smithbrink.com>
**Subject:** 20-cv-12008-TGB-EAS Allstate Insurance Company et al v. ISpine, PLLC et al
**Importance:** High

Paschal:

Please see the attached correspondence in furtherance of Allstate's efforts to assist your clients, defendants Northwest Neurology and Jenkins, in complying with Judge Berg's Orders and the rules regarding discovery.  Please also advise your availability for a conference this week to discuss the significant outstanding discovery owed by your clients.  Allstate is available tomorrow in the afternoon, Wednesday almost any time, and Thursday almost any time.

Thanks,

Jacqui

Jacquelyn A. McEttrick, Esquire
Director
Smith & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA  02184

617-770-2214 (office)
617-842-7716 (cell)
617-774-1714 (fax)
jmcettrick@smithbrink.com