# EXHIBIT D

## **Communications Between the Defendants and ISpine, PLLC, Stefan Pribil, M.D., and Wesley Blake Barber**

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 3/23/2019 | drjenk@yahoo.com | blake.ispine@gmail.com | | |
| 3/24/2019 | drjenk@yahoo.com | blake.ispine@gmail.com | | |
| 4/1/2019 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |
| 4/3/2019 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 4/3/2019 | frank.ispine@gmail.com | blake.ispine@gmail.com | cicelyfisher29@gmail.com | |
| 4/4/2019 | drjenk@yahoo.com | blake.ispine@gmail.com | | |
| 4/26/2019 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 4/29/2019 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 5/22/2019 | drjenk@yahoo.com | blake.ispine@gmail.com | | |
| 8/29/2019 | frank.ispine@gmail.com | jackie.northwestclinic@gmail.com | | |
| 8/30/2019 | yousefalmaddrahi@gmail.com | Blake.ispine.com | sgpribil@hotmail.com | nwneurology215@yahoo.com |
| 9/3/2019 | frank.ispine@gmail.com | nwneurology215@yahoo.com | | |
| 9/9/2019 | frank.ispine@gmail.com | jackie.northwestclinic@gmail.com | drjenk@yahoo.com | |
| 9/11/2019 | frank.ispine@gmail.com | jackie.northwestclinic@gmail.com | drjenk@yahoo.com | |
| 9/13/2019 | drjenk@yahoo.com | frank.ispine@gmail.com | jackie.northwestclinic@gmail.com | |
| 10/3/2019 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 10/9/2019 | frank.ispine@gmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com | cicelyfisher29@gmail.com |
| 10/10/2019 | frank.ispine@gmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com | cicelyfisher29@gmail.com |
| 10/20/2019 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 10/24/2019 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com |
| 11/1/2019 | frank.ispine@gmail.com | nwneurology215@yahoo.com | drjenk@yahoo.com | cicelyfisher29@gmail.com |
| 11/14/2019 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com |
| 12/2/2019 | frank.ispine@gmail.com | nwnneurology@gmail.com | | |
| 12/2/2019 | nwnneurology@gmail.com | frank.ispine@gmail.com | | |
| 12/9/2019 | nwnneurology@gmail.com | frank.ispine@gmail.com | | |
| 12/12/2019 | frank.ispine@gmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com | nwneurology215@yahoo.com |
| 12/19/2020 | drjenk@yahoo.com | frank.ispine@gmail.com | nwnneurology@gmail.com | |
| 1/6/2020 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 1/17/2020 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 1/22/2020 | frank.ispine@gmail.com | drjenk@yahoo.com | nwneurology215@yahoo.com | jackie.northwestclinic@gmail.com |
| 1/23/2020 | nwnneurology@gmail.com | Frank.medcord@gmail.com | frank.ispine@gmail.com | |
| 1/23/2020 | frank.ispine@gmail.com | nwnneurology@gmail.com | Frank.medcord@gmail.com | |
| 2/7/2020 | drjenk@yahoo.com | frank.ispine@gmail.com | | |
| 2/25/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |

| | | | | |
|---|---|---|---|---|
| 3/18/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |
| 3/18/2020 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 3/31/2020 | drjenk@yahoo.com | frank.ispine@gmail.com | Frank.medcord@gmail.com | |
| 4/1/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |
| 4/1/2020 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 6/5/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |
| 6/5/2020 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 7/14/2020 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | drjenk@yahoo.com | |
| 7/20/2020 | nwnneurology@gmail.com | Frank.medcord@gmail.com | frank.ispine@gmail.com | |
| 7/20/2020 | frank.ispine@gmail.com | nwnneurology@gmail.com | Frank.medcord@gmail.com | |
| 8/4/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |
| 8/28/2020 | frank.ispine@gmail.com | cicelyfisher29@gmail.com | | |
| 10/23/2020 | cicelyfisher29@gmail.com | frank.ispine@gmail.com | | |

**Communications Between the Defendants and Third-Party Biller H&S Billing Company**

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 8/23/2019 | hsbilling85@yahoo.com | cicelyfisher29@gmail.com | | |
| 9/25/2019 | drjenk@yahoo.com | hsbilling85@yahoo.com | | |
| 10/24/2019 | hsbilling85@yahoo.com | cicelyfisher29@gmail.com | | |
| 11/16/2019 | hsbilling85@yahoo.com | cicelyfisher29@gmail.com | | |
| 12/30/2019 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 1/7/2020 | nwnneurology@gmail.com | hsbilling85@yahoo.com | | |
| 1/8/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 2/6/2020 | nwnneurology@gmail.com | hsbilling85@yahoo.com | | |
| 2/25/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 2/25/2020 | nwnneurology@gmail.com | hsbilling85@yahoo.com | | |
| 2/26/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 2/28/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/2/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/2/2020 | nwnneurology@gmail.com | hsbilling85@yahoo.com | | |
| 3/3/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/10/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/16/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/17/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/18/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 3/24/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 4/6/2020 | hsbilling85@yahoo.com | nwnneurology@gmail.com | | |
| 10/26/2020 | hsbilling85@yahoo.com | cicelyfisher29@gmail.com | | |
| 10/27/2020 | mmiller@855mikewins.com | cicelyfisher29@gmail.com | 2482812112rcfax.com | hsbilling85@yahoo.com |
| 3/10/2021 | linda@miautoattorneys.com | cicelyfisher29@gmail.com | hsbilling85@yahoo.com | |

3

## Communications Between the Defendants and Third-Party Biller Miller Medical Billing, LLC

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 12/19/2019 | Miller2100@hotmail.com | jackie.northwestclinic@gmail.com | | |
| 1/27/2020 | Miller2100@hotmail.com | jackie.northwestclinic@gmail.com | drjenk@yahoo.com | |
| 2/25/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 4/17/2020 | Miller2100@hotmail.com | Miller2100@hotmail.com | drjenk@yahoo.com | jackie.northwestclinic@gmail.com |
| 5/15/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 5/15/2020 | Miller2100@hotmail.com | nwnneurology@gmail.com | | |
| 5/22/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 5/28/2020 | Miller2100@hotmail.com | khinesnwn@gmail.com | | |
| 5/28/2020 | khinesnwn@gmail.com | Miller2100@hotmail.com | | |
| 6/5/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 6/8/2020 | Miller2100@hotmail.com | khinesnwn@gmail.com | | |
| 6/22/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 7/13/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | khinesnwn@gmail.com | |
| 7/17/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 7/23/2020 | Miller2100@hotmail.com | jackie.northwestclinic@gmail.com | drjenk@yahoo.com | |
| 7/30/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 8/10/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 8/11/2020 | Miller2100@hotmail.com | drjenk@yahoo.com | | |
| 9/18/2020 | Miller2100@hotmail.com | drjenk@yahoo.com | | |
| 10/5/2020 | Miller2100@hotmail.com | nwnneurology@gmail.com | | |
| 10/13/2020 | nwnneurology@gmail.com | Miller2100@hotmail.com | | |
| 10/27/2020 | Miller2100@hotmail.com | drjenk@yahoo.com | | |
| 12/22/2020 | cicelyfisher29@gmail.com | Miller2100@hotmail.com | | |
| 12/26/2020 | drjenk@yahoo.com | Miller2100@hotmail.com | | |
| 12/30/2020 | drjenk@yahoo.com | Miller2100@hotmail.com | | |
| 1/5/2021 | nwnneurology@gmail.com | Miller2100@hotmail.com | cicelyfisher29@gmail.com | |
| 1/13/2021 | Matt@miadvocacycenter.com | Erin@miadvocacycenter.com | cicelyfisher29@gmail.com | Miller2100@hotmail.com |

**Communications Between the Defendants and Third-Party Biller Edwards Medical Billing, LLC**

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 6/25/15 | drjenk@yahoo.com | ledwardsemb@gmail.com | | |
| 6/9/2016 | drjenk@yahoo.com | ledwardsemb@gmail.com | ymkahn@sbcglobal.net | |
| 12/30/2016 | drjenk@yahoo.com | ledwardsemb@gmail.com | | |
| 9/10/2019 | jackie.northwestclinic@gmail.com | ledwardsemb@gmail.com | | |
| 10/11/2019 | ledwardsemb@gmail.com | jackie.northwestclinic@gmail.com | fredieiiemb@hotmail.com | |
| 11/22/2019 | drjenk@yahoo.com | ledwardsemb@gmail.com | fredieiiemb@hotmail.com | |
| 1/2/2020 | ledwardsemb@gmail.com | nwnneurology@gmail.com | | |
| 1/7/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | | |
| 1/8/2020 | ledwardsemb@gmail.com | nwnneurology@gmail.com | fredieii@hotmail.com | |
| 1/8/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | fredieii@hotmail.com | |
| 1/27/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | | |
| 2/2/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | | |
| 2/3/2020 | ledwardsemb@gmail.com | nwnneurology@gmail.com | | |
| 2/4/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | | |
| 2/6/2020 | nwnneurology@gmail.com | ledwardsemb@gmail.com | | |

## Communications Between the Defendants and Accountant A-MAC Accounting Services, Inc.

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 5/29/2015 | drjenk@yahoo.com | Mwebb@amacaccounting | | |
| 6/24/2015 | drjenk@yahoo.com | Mwebb@amacaccounting | | |
| 3/8/2016 | Mwebb@amacaccounting | cicelyfisher29@gmail.com | | |
| 9/1/2016 | drjenk@yahoo.com | Mwebb@amacaccounting | | |
| 2/23/2017 | cicelyfisher29@gmail.com | Mwebb@amacaccounting | | |
| 7/19/2017 | Mwebb@amacaccounting | drjenk@yahoo.com | | |
| 11/2/2017 | Mwebb@amacaccounting | cicelyfisher29@gmail.com | | |
| 2/1/2019 | Mwebb@amacaccounting | cicelyfisher29@gmail.com | | |
| 2/2/2019 | cicelyfisher29@gmail.com | Mwebb@amacaccounting | | |
| 4/25/2019 | cicelyfisher29@gmail.com | Mwebb@amacaccounting | | |
| 4/25/2019 | Mwebb@amacaccounting | cicelyfisher29@gmail.com | | |
| 9/16/2019 | Mwebb@amacaccounting | jackie.northwestclinic@gmail.com | | |
| 9/26/2019 | nwnneurology@gmail.com | Mwebb@amacaccounting | | |
| 10/23/2019 | nwneurology215@yahoo.com | Mwebb@amacaccounting | jackie.northwestclinic@gmail.com | drjenk@yahoo.com |
| 10/24/2019 | Mwebb@amacaccounting | nwneurology215@yahoo.com | jackie.northwestclinic@gmail.com | drjenk@yahoo.com |
| 11/4/2019 | Mwebb@amacaccounting | nwneurology215@yahoo.com | | |
| 1/9/2020 | nwnneurology@gmail.com | Mwebb@amacaccounting | | |
| 2/4/2020 | Mwebb@amacaccounting | cicelyfisher29@gmail.com | | |
| 2/26/2020 | nwnneurology@gmail.com | Mwebb@amacaccounting | | |
| 2/26/2020 | Mwebb@amacaccounting | nwnneurology@gmail.com | | |
| 6/18/2020 | Mwebb@amacaccounting | drjenk@yahoo.com | | |
| 8/27/2020 | Mwebb@amacaccounting | drjenk@yahoo.com | | |
| 9/23/2020 | drjenk@yahoo.com | Mwebb@amacaccounting | | |
| 10/23/2020 | Mwebb@amacaccounting | drjenk@yahoo.com | | |
| 1/27/2021 | lorraine.holt.vaag9q@statefarm.com | Mwebb@amacaccounting | jackie.northwestclinic@gmail.com | |

**Communications Between the Defendants and Medical Software Provider Practice Fusion, Inc.**

| Date | From: Email | To: Email (1) | To: Email (2) | To Email (3) |
|---|---|---|---|---|
| 3/1/2017 | Tom.langan@practicefusion.om | cicelyfisher29@gmail.com | | |
| 5/23/2017 | Tom.langan@practicefusion.om | cicelyfisher29@gmail.com | | |
| 11/29/2017 | community@practicefusion.com | cicelyfisher29@gmail.com | | |
| 12/6/2017 | community@practicefusion.com | cicelyfisher29@gmail.com | | |
| 12/12/2017 | drjenk@yahoo.com | jserra@practicefusion.com | | |
| 5/10/2018 | drjenk@yahoo.com | help@practicefusion.com | | |
| 5/21/2018 | drjenk@yahoo.com | jserra@practicefusion.com | | |
| 10/10/2018 | drjenk@yahoo.com | help@practicefusion.com | | |
| 12/11/2018 | drjenk@yahoo.com | jserra@practicefusion.com | | |
| 12/12/2018 | drjenk@yahoo.com | jserra@practicefusion.com | | |
| 12/16/2018 | drjenk@yahoo.com | jserra@practicefusion.com | | |
| 8/5/2019 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 9/13/2019 | noreply@info.email.practicefusion.com | jackie.northwestclinic@gmail.com | | |
| 10/19/2019 | noreply@info.email.practicefusion.com | khinesnwn@gmail.com | | |
| 3/24/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 3/26/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 4/1/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 4/14/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 5/20/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 5/21/2020 | announcements@practicefusion.com | cicelyfisher29@gmail.com | | |
| 6/13/2020 | announcements@practicefusion.com | cicelyfisher29@gmail.com | | |
| 6/18/2020 | community@practicefusion.com | cicelyfisher29@gmail.com | | |
| 6/26/2020 | announcements@practicefusion.com | cicelyfisher29@gmail.com | | |
| 8/20/2020 | donotreply@practicefusion.com | cicelyfisher29@gmail.com | | |
| 8/20/2020 | donotreply@practicefusion.com | khinesnwn@gmail.com | | |
| 10/13/2020 | donotreply@practicefusion.com | jackie.northwestclinic@gmail.com | | |
| 10/14/2020 | ejohnson@practicefusion.com | khinesnwn@gmail.com | | |