# EXHIBIT E

**Cicely Neurology**

Tue, Dec 15, 9:49 AM

GM
Do you have PT bills for ▇▇▇ ▇▇▇?

> Yes I do I thought I sent them yesterday if not I will resend them when I get home

Also I'm one phone with records collection and they need a bill for ▇▇▇. Can you please send this as soon as possible...
Thanks so much.

> I'm at the gym I can send it in about an hour

Tue, Dec 15, 12:38 PM

> I dont have ▇▇▇
> For ▇▇▇
> With adj or without

Not really sure. Please send them both to me

### Cicely Neurology

Wed, Dec 2, 9:46 AM

**Cicely Neurology:** GM, Can you send me a billing ledger for ▮?

**Me:** Gm Yes i will send them all today

**Me:** Any other mail for me or cks?

**Cicely Neurology:** No, not that I have seen

**Me:** Can u ask them when u can

**Cicely Neurology:** I also need ledgers for:
▮
▮
▮

**Cicely Neurology:** For ▮, do you have any PT bills?

**Me:** I will ck when i get back hom

**Me:** Home

Wed, Dec 2, 4:44 PM

8:32

**Cicely Neurology**

Can you send me a billing ledger for ▮?

Mon, Nov 30, 4:39 PM

Hey, I also need a ledger for ▮ ▮.

Tue, Dec 1, 10:12 AM

GM
Can you send me a billing ledger for ▮?

Also ▮.

Tue, Dec 1, 3:03 PM

Hey I am on the phone with an Attorney for ▮ He needs the bill for ▮ ASAP. He is trying to get this paid before year end. Please send this to me as quickly as possible.
Thanks

Ok sorry my son had surgery today i just got home a little bit ago

U want the amount?

iMessage

H&S Billing Company000003

8:31

< 

**Cicely Neurology**

Mon, Nov 23, 2:09 PM

Good Afternoon,

Can you send me a billing ledger for ▮▮▮▮▮▮▮▮?

Mon, Nov 23, 3:16 PM

Also,
▮▮▮▮▮▮▮▮

Ok

Tue, Nov 24, 9:40 AM

GM
Can you send me a billing ledger for ▮▮▮▮▮▮▮▮? I need it ASAP. They have court this afternoon.



*NORTHWEST NEUROLOGY PC*
**Patient Ledger**

[Patient ledger table for JANETTE BROWN with multiple billing entries]

iMessage

H&S Billing Company000004

**Cicely Neurology**

Mon, Oct 26, 3:58 PM

Good afternoon,
Can you send me a billing ledger for

▬▬▬▬▬▬▬

(For ▬▬▬▬ can you please text me his balance? The attorney needs it immediately)

> I am driving right now I will when I get back home

Mon, Oct 26, 5:17 PM

Please don't forget 😒

> Ok

Wed, Oct 28, 9:41 AM

Good Morning
Please check your email
And can you please send me a billing ledger for:

▬▬▬▬▬▬▬



**Cicely Neurology**

- Is there any cks for me?
- Gm ok
- No

Wed, Nov 4, 11:44 AM

- GM Did you get my email the other day?
- Gm
- Yes so sorry my kids been sick i have not has a chance to send them
- I will get to them today hopefully

Mon, Nov 9, 10:05 AM

- GM Can you send me a billing ledger for [redacted]

Mon, Nov 9, 2:53 PM

- Also, [redacted]

**Cicely Neurology**

> Ok

Wed, Nov 11, 4:17 PM

Hello,
I really need the ledgers ASAP (all of them)

> OK I'm going to try to get to them tonight

Thu, Nov 12, 11:18 AM

GM
I need ███████████ billing ledger for Associated Neuro

There is no patient balance on the ledger that you just sent me.

Thu, Nov 12, 3:36 PM

Can you please me a billing ledger for ███████████ I have her attorney on the phone and I really need it

> Im sorry im in parent teacher conferences right now

+1 (313) 443-0045

You're welcome :)

Friday 4:11 PM

hey hun, I know I told you ▇ is still doing Hitfire but between me and you she isn't working with us anymore. I just wanted to notify you I did tell you yes early but now unfortunately no.

> ohh ok its ok i heard that last week
>
> Who is doing it instead of her
>
> is it still on for tomorow

Last week was members just talking it was never official till today

As for now we are unsure, we're so sorry we're working on everything right now it was definitely a hit in the head for us please be patient and we'll keep you posted ❤️

> its ok
>
> Thank u!

H&S Billing Company000008