# EXHIBIT H

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20200628000578-4**
Filing Date and Time: 06/28/2020 12:20 PM
Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
   **Corporation Service Company  800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
   **FilingDept@cscinfo.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
   **Corporation Service Company**
   **801 Adlai Stevenson Dr**
   **Springfield, IL 62703 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Northwest Neurology PC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **27200 Lahser Rd, Suite 100** | **Southfield** | **MI** / **48034** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **U.S. Small Business Administration** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **2 North Street, Suite 320** | **Birmingham** | **AL** / **35203** | **USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

**All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 554434 7809**

5. Check only if applicable and check only one box: Collateral is ⊖ held in a Trust (see UCC1Ad, item 17 and Instructions) ⊖ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
   ⊖ Public-Finance Transaction   ⊖ Manufactured-Home Transaction   ⊖ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
   ⊖ Agricultural Lien   ⊖ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ⊖ Lessee/Lessor   ⊖ Consignee/Consignor   ⊖ Seller/Buyer   ⊖ Bailee/Bailor   ⊖ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
   **[188910621]**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)