UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O.,<br><br>Defendants. | C.A. No. 20-cv-12008-TGB-EAS |

**STIPULATION OF DISMISSAL AS TO
DEFENDANTS NORTHWEST NEUROLOGY, P.C. AND TESSY JENKINS,
M.D. ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Northwest Neurology, P.C. ("Northwest Neurology")

and Tessy Jenkins, M.D. ("Jenkins") only, by and through their undersigned counsel, that Allstate's Complaint (*ECF No. 1*) be dismissed with prejudice as to defendants Northwest Neurology and Jenkins without costs or fees of any kind to any party. It is also hereby agreed by the parties that the Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

In light of the parties' settlement and the within stipulation, Allstate withdraws its renewed motion for sanctions at ECF No. 83 and Northwest Neurology and Jenkins withdraw their motion to amend at ECF No. 72.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 9th DAY OF JUNE, 2021:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Northwest Neurology, P.C. and Tessy Jenkins, M.D.,* |
| By their Attorneys, | By their Attorney, |
| /s/ Jacquelyn A. McEttrick <br> _____ <br> Richard D. King, Jr. <br> rking@smithbrink.com <br> Nathan A. Tilden (P76969) <br> ntilden@smithbrink.com <br> Jacquelyn A. McEttrick <br> jmcettrick@smithbrink.com <br> Andrew H. DeNinno <br> adeninno@smithbrink.com <br> William G. Potter <br> wpotter@smithbrink.com <br> SMITH & BRINK <br> 350 Granite Street, Suite 2204 <br> Braintree, MA 02184 <br> (617) 770-2214 <br><br> 38777 Six Mile Road, Suite 314 <br> Livonia, MI 48152 <br> (734) 521-9000 | /s/ Paschal E.C. Ukpabi <br> _____ <br> Paschal E.C. Ukpabi <br> lawarenapllc07@gmail.com <br> LAW ARENA PLLC <br> 24123 Greenfield Road, Suite 309 <br> Southfield, MI 48075 <br> (248) 443-1218 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                  Plaintiffs,<br><br>v.<br><br>SURGICAL CENTER OF SOUTHFIELD, LLC; NORTHWEST NEUROLOGY, P.C.; PERFORMANCE ORTHOPEDICS OF MICHIGAN PLLC; TESSY JENKINS, M.D.; and ROBERT SWIFT, D.O.,<br><br>                  Defendants. | C.A. No. 20-cv-12008-TGB-EAS |

**STIPULATED ORDER OF DISMISSAL AS TO DEFENDANTS NORTHWEST NEUROLOGY, P.C. AND TESSY JENKINS, M.D. ONLY**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Northwest Neurology, P.C. and Tessy Jenkins, M.D. only are hereby dismissed with prejudice and without costs to any party. The Court shall retain

4

jurisdiction over this matter to enforce the terms of settlement reached between the parties.

IT IS FURTHER ORDERED that plaintiffs' renewed motion for sanctions at ECF No. 83 and Northwest Neurology, P.C. and Tessy Jenkins, M.D.'s motion to amend at ECF No. 72 are WITHDRAWN.

IT IS SO ORDERED.

Dated: June 16, 2021                    /s/Terrence G. Berg_____
                                                             Hon. Terrence G. Berg
                                                             United States District Judge