UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et al.,

                Plaintiff(s),

v.

ISpine, PLLC, et al.,

                Defendant(s),

Case No. 2:20–cv–12008–TGB–EAS
Hon. Terrence G. Berg

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion to Compel – #60
    Motion to Strike – #64
    Motion for Order to Show Cause – #70
    Motion to Amend/Correct – #72
    Motion for Sanctions – #83

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/A Chubb
                      Case Manager

Dated: July 7, 2021